IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEQUILA TOWN MARISQUERIA Y ) <br> COMIDA MEXICANA, INC. and EDDY ) <br> HERIBERTO NAVARRO, ) <br>     Defendants. ) | No. 2:24-cv-2659-SHL-atc |

**ORDER FOR PLAINTIFF TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

This case has been pending before the Court since September 17, 2024. (ECF No. 1.) Plaintiff served Defendants on October 1, 2024. (ECF Nos. 8, 9.) Defendants never filed a response to the complaint, so the Court ordered Defendants to show cause for their failure to do so on November 15, 2024, and again on December 30, 2024—Defendants never responded. (See ECF Nos. 11, 12.) Thus, on January 23, 2025, the Court directed the Clerk to enter their default. (ECF No. 13.) The Clerk did so the next day. (ECF No. 14.)

Since then, Plaintiff has done nothing to prosecute this action. The Court ordered Plaintiff to file a motion for default judgment by February 24, 2025, if it wished to do so—it did not. (See ECF No. 13 at PageID 27–28.) Thus, Plaintiff is **ORDERED TO SHOW CAUSE** by **July 28** for its failure to prosecute. Failure to respond may result in dismissal without prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**, this 21st day of July, 2025.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            CHIEF UNITED STATES DISTRICT JUDGE